[Civil No. 864.   Filed March 30, 1905.]

[80 Pac. 333.]

BEAUCHAMP H. SMITH, Defendant and Plaintiff in
Error, v. WILLIAM H. STILWELL, Plaintiff and
Defendant in Error.

1. APPEAL AND ERROR—ABSTRACTS—BRIEFS—FAILURE TO FILE—DISMIS-
SAL.—Failure of the plaintiff in error to file abstracts and briefs
as required by the rules is ground for dismissal of a writ of error.

2. SAME—PARTIES—PERSONAL REPRESENTATIVES.—Failure to make the
personal representatives of the defendant (who is deceased) in
the judgment sought to be reviewed parties to the suit is ground
for the dismissal of the writ.

ERROR to the District Court of the First Judicial District
in and for the County of Pima.   George R. Davis, Judge.
Dismissed.

The facts are stated in the opinion.

J. F. Conroy, for Plaintiff in Error.

William H. Stilwell, *In pro. persona.*

SLOAN, J.—The motion to dismiss the writ of error in this
case upon the ground of the failure of the plaintiff in error
to file abstracts and briefs as required by the rules of this
court, and upon the further ground of the failure to make
the personal representatives of the defendant in the judgment
sought to be reviewed, who is now deceased, parties to the writ,
will be granted, and the writ of error is dismissed.

KENT, C. J., and DOAN, J., concur.